IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. WEBSTER | Chapter 13 |
| DEBTOR | 17-bk-03831-HWV |
| | Motion to Extend Time to File |

**MOTION FOR EXTENSION OF TIME**

1. Debtor filed an emergency Chapter 13 bankruptcy petition on September 16, 2017.

2. Debtor filed the emergency to prevent his vehicle from being repossessed.

3. Debtor has worked diligently with counsel to get her the information she requires to finish his paperwork but there are still some documents that are needed.

4. Debtor and Counsel have an appointment for Thursday, October 5, 2017 at 5 pm to finish Debtor's paperwork.

5. Debtor requests until October 6, 2017 to file all outstanding schedules.

6. This is Debtor's first request for an extension.

WHEREFORE, Debtor respectfully requests this Honorable Court grant her an extension until October 6, 2017.

Date: 10/2/2017  Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. WEBSTER | Chapter 13 |
| DEBTOR | 17-bk-03831-HWV |
| | Motion to Extend Time to File |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until October 6, 2017, to file all remaining documentation.