# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Robert Leroy Webster, lii**  
Debtor(s)

Case No. **1:17-bk-03831**  
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Robert Leroy Webster, lii**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

    Number of advices attached:  
    Period covered by advices:  
    Number of Employers providing advices:

Date **October 9, 2017**

Signature **/s/ Robert Leroy Webster, lii**  
**Robert Leroy Webster, lii**  
Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:17-bk-03831-HWV    Doc 22    Filed 10/09/17    Entered 10/09/17 23:14:23    Desc  
Main Document     Page 1 of 5

DEP TRANSPORT CO INC
111 SPRUCE AVE
CARLISLE PA 17013

1306-1637
EE ID: 8

NON-NEGOTIABLE

ROBERT WEBSTER III
325 DEBBIE LN
MANCHESTER PA 17345

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Robert Webster III | | |
| 325 Debbie Ln | | |
| Manchester, PA 17345 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 8 | | |
| Pay Period: 08/13/17 to 08/19/17 | | |
| Check Date: 08/25/17    Check #: 5174 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 943.18 | 23823.39 |
| NET PAY | 943.18 | 23823.39 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | | 898.00 |
| | Salary | | | 1199.20 | | 28582.21 |
| | Bonus | | | | | 100.00 |
| | Holiday | | | | | 300.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1199.20 | | 29880.21 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 74.35 | 1852.57 |
| | Medicare | | 17.39 | 433.26 |
| | Fed Income Tax | M 2 | 113.63 | 2503.97 |
| | PA Income Tax | | 36.82 | 917.31 |
| | PA Unemploy | | 0.84 | 20.91 |
| | PA LSMID-Cum L | | 1.00 | 30.00 |
| | PA SMIDD-Cum I | | 11.99 | 298.80 |
| | TOTAL | | 256.02 | 6056.82 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 943.18 | 23823.39 |

0028 1306-1637 DEP Transport Co Inc • 111 Spruce Ave • Carlisle PA 17013 • (717) 386-5964

DEP TRANSPORT CO INC
111 SPRUCE AVE
CARLISLE PA 17013

1306-1637
EE ID: 8

ROBERT WEBSTER III
325 DEBBIE LN
MANCHESTER PA 17345

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Robert Webster III
325 Debbie Ln
Manchester, PA 17345
Soc Sec #: xxx-xx-xxxx    Employee ID: 8

Pay Period: 08/06/17 to 08/12/17
Check Date: 08/18/17    Check #: 5172

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 940.11 | 22880.21 |
| NET PAY | 940.11 | 22880.21 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | | 898.00 |
| Salary | | | 1195.00 | | 27383.01 |
| Bonus | | | | | 100.00 |
| Holiday | | | | | 300.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1195.00 | | 28681.01 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 74.09 | 1778.22 |
| Medicare | | 17.32 | 415.87 |
| Fed Income Tax | M 2 | 113.00 | 2390.34 |
| PA Income Tax | | 36.69 | 880.49 |
| PA Unemploy | | 0.84 | 20.07 |
| PA LSMID-Cum L | | 1.00 | 29.00 |
| PA SMIDD-Cum I | | 11.95 | 286.81 |
| TOTAL | | 254.89 | 5800.80 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 940.11 | 22880.21 |

0028 1306-1637  DEP Transport Co Inc • 111 Spruce Ave • Carlisle PA 17013 • (717) 386-5964

DEP TRANSPORT CO INC
111 SPRUCE AVE
CARLISLE PA 17013

1306-1637
EE ID: 8

ROBERT WEBSTER III
325 DEBBIE LN
MANCHESTER PA 17345

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Robert Webster III
325 Debbie Ln
Manchester, PA 17345
Soc Sec #: xxx-xx-xxxx   Employee ID: 8

Pay Period: 07/30/17 to 08/05/17
Check Date: 08/11/17   Check #: 5169

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 942.31 | 21940.10 |
| NET PAY | 942.31 | 21940.10 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | | 898.00 |
| Salary | | | 1198.00 | | 26188.01 |
| Bonus | | | | | 100.00 |
| Holiday | | | | | 300.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1198.00 | | 27486.01 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 74.27 | 1704.13 |
| Medicare | | 17.37 | 398.55 |
| Fed Income Tax | M 2 | 113.45 | 2277.34 |
| PA Income Tax | | 36.78 | 843.80 |
| PA Unemploy | | 0.84 | 19.23 |
| PA LSMID-Cum L | | 1.00 | 28.00 |
| PA SMIDD-Cum I | | 11.98 | 274.86 |
| TOTAL | | 255.69 | 5545.91 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 942.31 | 21940.10 |

0028 1306-1637 DEP Transport Co Inc • 111 Spruce Ave • Carlisle PA 17013 • (717) 386-5964

DEP TRANSPORT CO INC  
111 SPRUCE AVE  
CARLISLE PA 17013  

1306-1637  
EE ID: 8  

ROBERT WEBSTER III  
325 DEBBIE LN  
MANCHESTER PA 17345  

NON-NEGOTIABLE

---

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Robert Webster III | | |
| 325 Debbie Ln | | |
| Manchester, PA 17345 | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 8 | |
| Pay Period: 08/06/17 to 08/12/17 | | |
| Check Date: 08/18/17 | Check #: 5172 | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 940.11 | 22880.21 |
| NET PAY | 940.11 | 22880.21 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | | 898.00 |
| | Salary | | | 1195.00 | | 27383.01 |
| | Bonus | | | | | 100.00 |
| | Holiday | | | | | 300.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1195.00 | | 28681.01 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 74.09 | 1778.22 |
| | Medicare | | 17.32 | 415.87 |
| | Fed Income Tax | M 2 | 113.00 | 2390.34 |
| | PA Income Tax | | 36.69 | 880.49 |
| | PA Unemploy | | 0.84 | 20.07 |
| | PA LSMID-Cum L | | 1.00 | 29.00 |
| | PA SMIDD-Cum I | | 11.95 | 286.81 |
| | TOTAL | | 254.89 | 5800.80 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 940.11 | 22880.21 |

0028 1306-1637   DEP Transport Co Inc • 111 Spruce Ave • Carlisle PA 17013 • (717) 386-5964