```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                   Case No. 17-03831-HWV
Robert Leroy Webster, III                                                Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRatchfor             Page 1 of 2              Date Rcvd: Oct 11, 2017
                               Form ID: pdf010             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
```
db             +Robert Leroy Webster, III,   125 Springs Lane,   Manchester, PA 17345-1134
4975774        ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                 (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,   PO BOX 117,   COLUMBUS OH  43216)
4968805        +Chase Manhattan Mortgage,   Attn: Bankruptcy Dept,   3415 Vision Dr,   Columbus OH 43219-6009
4976863        +Chrysler Capital,   P.O. Box 961275,   Fort Worth, TX 76161-0275
4968806        +Comenity Bank/New York & Company,   Attention: Bankruptcy,   P.O. Box 182686,
                 Columbus OH 43218-2686
4968807        +Commercial Acceptance,   2300 Gettysburg Rd #102,   Camp Hill, PA 17011-7303
4968808        +Credit Bureau Of York,   33 S Duke St,   York PA 17401-1485
4968803         Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
4968811        #+Equidata,   724 Thimble Shoals Blvd,   Newport News VA 23606-2574
4968812        +First National Collection Bureau,   610 Waltham Way,   Sparks NV 89434-6695
4968813        +Frdm/cbsd,   Po Box 2017,   Eltin IL 60121-2017
4968814        +Fst Premier,   3820 N Louise Ave,   Sioux Falls SD 57107-0145
4968815        +IC System,   Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,   St. Paul MN 55164-0378
4968817        +Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden AL 35901-4173
4968818        +Mercy Health Services,   PO Box 3475,   Toledo OH 43607-0475
4968819         Mercy Medical Center,   PO Box 64733,   Baltimore MD 21264-4733
4968820         NEYCSA,   PO Box 516,   Mount Wolf PA 17347-0516
4968821        +Northeastern York County Sewer Auth,   345 East Market Street,   York PA 17403-5614
4968822        +Phoenix Financial Serv,   8902 Otis Ave Ste 103a,   Indianapolis IN 46216-1009
4968825        ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids IA 52408)
4968801        +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4968804        +E-mail/Text: bankruptcy@acacceptance.com Oct 11 2017 19:04:22     American Credit Accept,
                 961 E Main St,   Spartanburg SC 29302-2185
4968809        +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 11 2017 19:04:35
                 Credit Collections Svc,   Po Box 773,   Needham MA 02494-0918
4968810        +E-mail/Text: electronicbkydocs@nelnet.net Oct 11 2017 19:04:24     Dept Of Education/neln,
                 121 S 13th St,   Lincoln NE 68508-1904
4968802         E-mail/Text: cio.bncmail@irs.gov Oct 11 2017 19:04:13     IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,   Philadelphia PA 19101-7346
4968816         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2017 19:04:26     Jefferson Capital Systems,
                 16 Mcleland Rd,   Saint Cloud MN 56303
4968823        +E-mail/Text: colleen.atkinson@rmscollect.com Oct 11 2017 19:04:37     Receivable Management,
                 7206 Hull Street Rd Ste,   North Chesterfield VA 23235-5826
4968824        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 11 2017 19:05:56     Regional Acceptance Co,
                 1514 Woodlawn Dr,   Baltimore MD 21207-4009
4968826        +E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2017 19:04:34     Transworld Sys Inc/09,
                 507 Prudential Rd,   Horsham PA 19044-2308
4968827        +E-mail/Text: kcm@yatb.com Oct 11 2017 19:04:10     York Adams Tax Bureau,   1405 N. Duke Street,
                 PO Box 15627,   York PA 17405-0156
                                                                                              TOTAL: 9
```
```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor Robert Leroy Webster, III dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James   Warmbrodt     on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                 TOTAL: 4
```

## United States Bankruptcy Court
## Middle District of Pennsylvania

| Robert L. Webster | No. 1:17-bk-03831 |
|---|---|
| Debtors | |
| Robert L. Webster | |
| Movant | |
| | Chapter 13 |

**ORDER**

Upon consideration of Debtors' Motion to Maintain Automatic stay, said motion is hereby GRANTED and the Debtors Automatic Stay shall remain in effect until discharge.

By the Court,

*Henry W. Van Eck*

Dated: October 11, 2017

Henry W. Van Eck, Bankruptcy Judge

(KB)