```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-03831-HWV
Robert Leroy Webster, III                                           Chapter 13
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRatchfor         Page 1 of 2            Date Rcvd: Mar 13, 2018
                               Form ID: pdf002         Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db           +Robert Leroy Webster, III,   125 Springs Lane,   Manchester, PA 17345-1134
4975774      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,   PO BOX 117,   COLUMBUS OH   43216)
4968805      +Chase Manhattan Mortgage,   Attn: Bankruptcy Dept,   3415 Vision Dr,   Columbus OH 43219-6009
4976863      +Chrysler Capital,   P.O. Box 961275,   Fort Worth, TX 76161-0275
4968806      +Comenity Bank/New York & Company,   Attention: Bankruptcy,   P.O. Box 182686,
               Columbus OH 43218-2686
4968807      +Commercial Acceptance,   2300 Gettysburg Rd #102,   Camp Hill, PA 17011-7303
4968808      +Credit Bureau Of York,   33 S Duke St,   York PA 17401-1485
4968803       Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
4968811     #+Equidata,   724 Thimble Shoals Blvd,   Newport News VA 23606-2574
4968812     #+First National Collection Bureau,   610 Waltham Way,   Sparks NV 89434-6695
4968813      +Frdm/cbsd,   Po Box 2017,   Eltin IL 60121-2017
4968814      +Fst Premier,   3820 N Louise Ave,   Sioux Falls SD 57107-0145
5000224       G.H. Harris,   Old Lake Rd.,   Dallas, PA 17612
4968815      +IC System,   Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,   St. Paul MN 55164-0378
5009355      +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,
               Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
4968817      +Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden AL 35901-4173
4968818      +Mercy Health Services,   PO Box 3475,   Toledo OH 43607-0475
4968819       Mercy Medical Center,   PO Box 64733,   Baltimore MD 21264-4733
4968820       NEYCSA,   PO Box 516,   Mount Wolf PA 17347-0516
4968821      +Northeastern York County Sewer Auth,   345 East Market Street,   York PA 17403-5614
5015543      +PENN WASTE INC.,   PO BOX 3066,   YORK PA 17402-0066
5000223      +Penn Waste,   85 Brickyard Rd.,   Manchester, PA 17345-9204
4968822      +Phoenix Financial Serv,   8902 Otis Ave Ste 103a,   Indianapolis IN 46216-1009
5000492      +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
               Fort Worth, TX 76161-0275
4968825      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
               Cedar Rapids IA 52408)
4968801      +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4968804      +E-mail/Text: bankruptcy@acacceptance.com Mar 13 2018 19:05:28     American Credit Accept,
               961 E Main St,   Spartanburg SC 29302-2185
4968809      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 13 2018 19:05:53
               Credit Collections Svc,   Po Box 773,   Needham MA 02494-0918
4968810      +E-mail/Text: electronicbkydocs@nelnet.net Mar 13 2018 19:05:31     Dept Of Education/neln,
               121 S 13th St,   Lincoln NE 68508-1904
4968802       E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 19:05:03     IRS Centralized Insolvency Oper.,
               Post Office Box 7346,   Philadelphia PA 19101-7346
4968816       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 13 2018 19:05:37     Jefferson Capital Systems,
               16 Mcleland Rd,   Saint Cloud MN 56303
4968823      +E-mail/Text: colleen.atkinson@rmscollect.com Mar 13 2018 19:05:55     Receivable Management,
               7206 Hull Street Rd Ste,   North Chesterfield VA 23235-5826
4968824      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 13 2018 19:07:30     Regional Acceptance Co,
               1514 Woodlawn Dr,   Baltimore MD 21207-4009
4980175       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 13 2018 19:07:30     Regional Acceptance Corporation,
               PO Box 1847,   Wilson, NC 27894-1847
4968826      +E-mail/Text: bankruptcydepartment@tsico.com Mar 13 2018 19:05:51     Transworld Sys Inc/09,
               507 Prudential Rd,   Horsham PA 19044-2308
4968827      +E-mail/Text: kcm@yatb.com Mar 13 2018 19:04:52     York Adams Tax Bureau,   1405 N. Duke Street,
               PO Box 15627,   York PA 17405-0156
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
               Fort Worth, TX 76161-0275
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Robert Leroy Webster, III dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**Robert Leroy Webster, Iii** | : CHAPTER 13<br>: CASE NO. 1:17-bk-03831<br>:<br>: CHAPTER 13 PLAN<br>:     (Indicate if applicable)<br>: ☒ # MOTIONS TO AVOID LIENS<br>: ☒ # MOTIONS TO VALUE COLLATERAL<br>:<br>: ☒ ORIGINAL PLAN<br>:    AMENDED PLAN<br>:       (Indicate 1ST, 2ND, 3RD, etc.) |

---

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

---

**PLAN PROVISIONS**

**DISCHARGE:** (Check One)

☒ The debtor will seek a discharge of debts pursuant to Section 1328(a).

☐ The debtor is not eligible for a discharge of debts because the debtor has previously received a discharge described in Section 1328(f).

**NOTICE OF SPECIAL PROVISIONS:** (Check if applicable)

☐ This plan contains special provisions that are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. Those provisions are set out in Section 8 of this plan. Other than to insert text into the designated spaces or to expand the tables to include additional claims, the preprinted language of this form may not be altered. This does not mean that the Debtor is prohibited from proposing additional or different plan provisions in Section 8. The Debtor may propose additional or different plan provisions or specify that any of the provisions will not be applicable, provided however, that each such provision or deletion shall be set forth herein in Section 8.

**1. PLAN FUNDING AND LENGTH OF PLAN**

    A. <u>Plan Payments</u>

        1. To date, the Debtor(s) has paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor(s) shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor(s) shall make conduit payments through the Trustee as set forth below. The total base plan is $**17,228.00**, plus other payments and property stated in Section 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Payment |
|---|---|---|---|---|
| November 2017 | October 2022 | 292.00 | 0.00 | 17,228.00 |
| | | | | |
| | | | | |
| | | | Total Payments: | $**17,228.00** |

        2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different

payment is due, the Trustee shall notify the Debtor and the attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding accordingly. Debtor(s) is responsible for all post-petition mortgage payments due prior to the initiation of conduit mortgage payments.

3. Debtor(s) shall take appropriate action to ensure that all applicable wage attachments are adjusted to conform to the terms of the plan.
4. CHECK ONE: ☒ Debtor(s) is at or under median income
☐ Debtor(s) is over median income. Debtor(s) calculates that a minimum of $**0.00** must be paid to unsecured, non-priority creditors in order to comply with the Means Test.

B. <u>Liquidation of Assets</u>

1. In addition to the above specified plan payments, Debtor(s) shall dedicate to the plan proceeds in the estimated amount of $___ from the sale of property known and designated as ___. All sales shall be completed by ___. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
   _____

2. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

3. The Debtor estimates that the liquidation value of this estate is $**7,258.84**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.) This is based on the real estate Debtor owns with his estranged wife, that neither of them live in because it is in foreclosure.

**2. SECURED CLAIMS**

A. <u>Pre-Confirmation Distributions.</u> Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Address | Account # | Estimated Monthly Payment |
|---|---|---|---|
| American Credit Accept | 961 E Main St; Spartanburg, SC 29302 | 47200132456771001 | $100.00 |

The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

Upon receipt, Debtor shall mail to the Trustee all notices from mortgagees including statements, payment coupons, impound and escrow notices, and notices concerning changes of the interest rate on variable interest rate loans. If any such notice informs the Debtor that the amount of the payment has increased or decreased, the change in the plan payment to the Trustee will not require modification of this plan.

B. <u>Mortgages and Other Direct Payments by Debtor.</u> Payments will be made outside the plan according to the original contract terms, with no modification of contract terms, unless otherwise agreed to by the contracting parties, and with liens retained. All mortgage and other lien claim balances survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Contractual Monthly Payment | Principal Balance of Claim |
|---|---|---|---|
| -NONE- | | | |

C. <u>Arrears</u>. The Trustee shall distribute the amount of pre-petition arrearages set forth in the allowed proof of claim to each secured creditor set forth below. If the Debtor or the Trustee objects to a proof of claim and the objection is sustained, or if the plan provides for payment of amounts greater than the allowed proof of claim, the creditor's claim will be paid in the amount allowed by the court.

2
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:17-bk-03831-HWV    Doc 19    Filed 10/09/17    Entered 10/09/17 22:57:48    Desc
Main Document    Page 2 of 6
Case 1:17-bk-03831-HWV    Doc 48    Filed 03/15/18    Entered 03/16/18 00:48:13    Desc
Imaged Certificate of Notice    Page 4 of 8

Rev. 06/01/16

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| -NONE- | | | | |

    D.    <u>Secured Claims Paid According to Modified Terms</u>. These amounts will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. THE LIENS WILL BE AVOIDED OR LIMITED THROUGH THE PLAN OR DEBTOR(S) WILL FILE AN ADVERSARY ACTION TO DETERMINE THE EXTENT, VALIDITY, AND PRIORITY OF THE LIEN (Select method in last column):

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Total Payment | Plan* or Adversary Action |
|---|---|---|---|---|---|
| American Credit Accept | 103,000 miles<br>2010 Nissan Maxima | $10,500.00 | 7.5% | $13,040.74 | Plan |

**\* "PLAN" INDICATES THAT THE DEBTOR(S) PROPOSES TO AVOID OR LIMIT THE LIEN OF THE CREDITOR IN THIS PLAN. CONFIRMATION OF THE PLAN SHALL CONSTITUTE A FINDING OF VALUATION PURSUANT TO SECTION 506(a). NO ADVERSARY COMPLAINT OR MOTION WILL BE FILED AND THE LIEN WILL BE AVOIDED BY A CONFIRMATION ORDER UPON DISCHARGE. IF THE CREDITOR WISHES TO CONTEST THE AVOIDANCE OF THE LIEN, THE CREDITOR MUST FILE AN OBJECTION TO THIS PLAN. OTHERWISE CONFIRMATION OF THE PLAN WILL AVOID THE LIEN UPON DISCHARGE.**

    E.    <u>Other Secured Claims</u>. (Including conduit payments)

| Name of Creditor | Description of Collateral | Principal balance of Claim | Interest Rate | Total to be paid in plan |
|---|---|---|---|---|
| -NONE- | | | | |

    F.    <u>Surrender of Collateral.</u> Debtor(s) surrenders the following assets to secured creditors. Upon confirmation of the plan, bankruptcy stays are lifted as to the collateral to be surrendered. This provision does not prejudice a creditor's right to move to lift the stay prior to confirmation.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Chase Manhattan Mortgage | 325 Debbie Lane Manchester, PA 17345 |
| | |
| | |

    G.    <u>Lien Avoidance</u>. The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to Section 522(f) (this section should not be used for statutory or consensual liens such as mortgages):

| Name of Creditor | Description of Collateral |
|---|---|
| -NONE- | |

**THE DEBTOR(S) PROPOSES TO AVOID THE JUDICIAL LIEN OF THE CREDITOR(S) IN THIS PLAN. CONFIRMATION OF THE PLAN SHALL CONSTITUTE A FINDING OF VALUATION AND ALLOWANCE OF EXEMPTIONS PURSUANT TO § 522(f). NO ADVERSARY COMPLAINT OR MOTION WILL BE FILED AND THE JUDICIAL LIEN WILL BE AVOIDED BY A CONFIRMATION ORDER UPON DISCHARGE. IF THE CREDITOR(S) WISHES TO CONTEST THE AVOIDANCE OF THE LIEN, THE CREDITOR(S) MUST FILE A TIMELY OBJECTION TO THIS PLAN. OTHERWISE, CONFIRMATION OF THE PLAN WILL AVOID THE LIEN UPON DISCHARGE.**

    H.    <u>Optional provisions regarding duties of certain mortgage holders and servicers</u>.
            Property of the estate vests upon closing of the case, and Debtor elects to include the following provisions. (Check if applicable)

Rev. 06/01/16

☐ Confirmation of the plan shall impose an affirmative duty on the holders and/or servicers of any claims secured by liens, mortgages and or/deeds of trust on the principal residence of the Debtor to do the following:

    (1)    Apply the payments received from the Trustee on the pre-petition arrearage, if any, only to such arrearage. If the plan provides for an allowed payment of post-petition arrearages as set forth in Section 2C, apply those payments to only the post-petition arrearages.

    (2)    Deem the pre-petition arrearage as contractually current upon confirmation of the plan for the sole purpose of precluding the imposition of late payment charges or other default-related fees and services based solely on the pre-petition default or defaults.

    (3)    Apply the post-petition monthly mortgage payments made by the Debtor to the post-petition mortgage obligations as provided for by the terms of the underlying mortgage note. Late charges may be assessed on post-petition payments as provided by the terms of the mortgage and note.

**3.    PRIORITY CLAIMS**

    A.    Allowed unsecured claims entitled to priority under section 1322(a) will be paid in full unless modified under Section 8:

| Name of Creditor | Estimated Total Payment |
|---|---|
| **-NONE-** | |

    B.    <u>Administrative Claims</u>:

        (1)    Trustee fees.  Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee, not to exceed 10%.

        (2)    Attorney fees. Check one box:

            ☒    In addition to the retainer of $ **0.00** already paid by the debtor, the amount of $ **3,000.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

            ☐    $_____ per hour, to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the requested amount of compensation approved by the Court.

        (3)    Other administrative claims.

| Name of Creditor | Estimated Total Payment |
|---|---|
| **-NONE-** | |

**4.    UNSECURED CLAIMS**

    A.    <u>Claims of Unsecured Nonpriority Creditors Specially Classified</u>.  Includes unsecured claims, such as co-signed unsecured debts, that will be paid in full even though all other unsecured claims may not be paid in full.

| Name of Creditor | Reason for Special Classification | Amount of Claim | Interest Rate | Total Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

    B.    All remaining allowed unsecured claims shall receive a pro-rata distribution of any funds remaining after payment of the other classes.

4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:17-bk-03831-HWV   Doc 19   Filed 10/09/17   Entered 10/09/17 22:57:48   Desc
Main Document    Page 4 of 6

Case 1:17-bk-03831-HWV   Doc 48   Filed 03/15/18   Entered 03/16/18 00:48:13   Desc
Imaged Certificate of Notice    Page 6 of 8

Rev. 06/01/16

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** The following executory contracts and unexpired leases are assumed (and pre-petition arrears to be cured in the plan) or rejected (so indicate):

| Name of Creditor | Description of Collateral | Monthly Payment | Interest Rate | Pre-petition Arrears | Total Payment | Assume/ Reject |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

6. **REVESTING OF PROPERTY: (Check One)**
   ☒ Property of the estate will vest in the Debtor upon confirmation. (Not to be used with Section 2H)
   ☐ Property of the estate will vest in the Debtor upon closing of the case.

7. **STUDENT LOAN PROVISIONS**

   **(NOTE: If you are not seeking to discharge a student loan(s), do not complete this section.)**

| Name of Creditor | Monthly Payment | Interest Rate | Pre-petition Arrears | Total Payment |
|---|---|---|---|---|
| -NONE- | | | | |

8. **OTHER PLAN PROVISIONS**

   A. Include the additional provisions below or on an attachment. **(NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

9. **ORDER OF DISTRIBUTION:**
Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1:   Adequate protection payments.
Level 2:   Debtor's attorney's fees.
Level 3:   Domestic Support Obligations.
Level 4:   Priority claims, pro rata.
Level 5:   Secured claims, pro rata.
Level 6:   Specially classified unsecured claims.
Level 7:   General unsecured claims.
Level 8:   Untimely filed unsecured claims to which the Debtor has not objected.

5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 1:17-bk-03831-HWV    Doc 19    Filed 10/09/17    Entered 10/09/17 22:57:48    Desc
                    Main Document        Page 5 of 6
Case 1:17-bk-03831-HWV    Doc 48    Filed 03/15/18    Entered 03/16/18 00:48:13    Desc
              Imaged Certificate of Notice     Page 7 of 8

**GENERAL PRINCIPLES APPLICABLE TO ALL PLANS**

All pre-petition arrears and cramdowns shall be paid to the Trustee and disbursed to creditors through the plan.

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor. Claims filed after the bar date that are not properly served on the Trustee will not be paid. The Debtor is responsible for reviewing claims and filing objections, if appropriate.

Dated: **October 9, 2017**

/s/ Dawn Cutaia
**Dawn Cutaia 77965**
Attorney for Debtor

/s/ Robert Leroy Webster, Iii
**Robert Leroy Webster, Iii**
Debtor

6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:17-bk-03831-HWV    Doc 19    Filed 10/09/17    Entered 10/09/17 22:57:48    Desc
Main Document    Page 6 of 6
Case 1:17-bk-03831-HWV    Doc 48    Filed 03/15/18    Entered 03/16/18 00:48:13    Desc
Imaged Certificate of Notice    Page 8 of 8