UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT LEROY WEBSTER, III : CHAPTER 13
       Debtor(s) :
        :
       CHARLES J. DEHART, III :
       STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
       ROBERT LEROY WEBSTER, III :
       Respondent(s) : CASE NO.   1-17-bk-03831

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this   8th   day of March, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

      a.  The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.
      b.  Secured claims not in plan.
      c.  Plan ambiguous – payment.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a.  Deny confirmation of debtor(s) plan.
      b.  Dismiss or convert debtor(s) case.
      c.  Provide such other relief as is equitable and just.

     Respectfully submitted:

    /s/Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 19th day of March, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Cutaia, Esquire
115 East Philadelphia Street
York, PA 17401

      /s/Deborah A. Behney
      Office of Charles J. DeHart, III
      Standing Chapter 13 Trustee