UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: ROBERT LEROY WEBSTER, III | CASE NO: 1:17-bk-03831-HWV |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/26/2018, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2018

/s/ Dawn Cutaia
Dawn Cutaia

Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT LEROY WEBSTER, III

CASE NO: 1:17-bk-03831-HWV

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 6/26/2018, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-17-BK-03831-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE JUN 26 11-19-33 EDT 2018 | AMERICAN CREDIT ACCEPT<br>961 E MAIN ST<br>SPARTANBURG SC 29302-2185 | COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| CHASE MANHATTAN MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3415 VISION DR<br>COLUMBUS OH 43219-6009 | CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH TX 76161-0275 | COMENITY BANKNEW YORK COMPANY<br>ATTENTION BANKRUPTCY<br>PO BOX 182686<br>COLUMBUS OH 43218-2686 |
| COMMERCIAL ACCEPTANCE<br>2300 GETTYSBURG RD 102<br>CAMP HILL PA 17011-7303 | WILLIAM E CRAIG<br>MORTON CRAIG LLC<br>110 MARTER AVENUE SUITE 301<br>MOORESTOWN NJ 08057-3125 | CREDIT BUREAU OF YORK<br>33 S DUKE ST<br>YORK PA 17401-1485 |
| CREDIT COLLECTIONS SVC<br>PO BOX 773<br>NEEDHAM MA 02494-0918 | DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | DEPT OF EDUCATIONNELN<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 | EQUIDATA<br>724 THIMBLE SHOALS BLVD<br>NEWPORT NEWS VA 23606-2574 |
| FIRST NATIONAL COLLECTION BUREAU<br>50 W LIBERTY ST<br>STE 250<br>RENO NV 89501-1973 | FRDMCBSD<br>PO BOX 2017<br>ELTIN IL 60121-2017 | FST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 |
| GH HARRIS<br>OLD LAKE RD<br>DALLAS PA 17612 | IC SYSTEM<br>ATTN BANKRUPTCY<br>444 HIGHWAY 96 EAST PO BOX 64378<br>ST PAUL MN 55164-0378 | IRS CENTRALIZED INSOLVENCY OPER<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION<br>CO CHASE RECORDS CENTER<br>ATTN- CORRESPONDENCE MAIL<br>MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE LA 71203-4774 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MEDICAL DATA SYSTEMS I<br>645 WALNUT ST STE 5<br>GADSDEN AL 35901-4173 |
| MERCY HEALTH SERVICES<br>PO BOX 3475<br>TOLEDO OH 43607-0475 | MERCY MEDICAL CENTER<br>PO BOX 64733<br>BALTIMORE MD 21264-4733 | NEYCSA<br>PO BOX 516<br>MOUNT WOLF PA 17347-0516 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NORTHEASTERN YORK COUNTY SEWER AUTH<br>345 EAST MARKET STREET<br>YORK PA 17403-5614 | PENN WASTE INC<br>PO BOX 3066<br>YORK PA 17402-0066 | PENN WASTE<br>85 BRICKYARD RD<br>MANCHESTER PA 17345-9204 |
| PHOENIX FINANCIAL SERV<br>8902 OTIS AVE STE 103A<br>INDIANAPOLIS IN 46216-1009 | RECEIVABLE MANAGEMENT<br>7206 HULL STREET RD STE<br>NORTH CHESTERFIELD VA 23235-5826 | REGIONAL ACCEPTANCE CO<br>1514 WOODLAWN DR<br>BALTIMORE MD 21207-4009 |
| REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON NC 27894-1847 | SANTANDER CONSUMER USA INC DBA<br>CHRYSLER<br>PO BOX 961275<br>FORT WORTH TX 76161-0275 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| TRANSWORLD SYS INC09<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044-2308 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |
| DEBTOR<br>ROBERT LEROY WEBSTER III<br>125 SPRINGS LANE<br>MANCHESTER PA 17345-1134 | YORK ADAMS TAX BUREAU<br>1405 N DUKE STREET<br>PO BOX 15627<br>YORK PA 17405-0156 | YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |