UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT LEROY WEBSTER, III | CASE NO: 17-3831 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/13/2018, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 2nd amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/13/2018

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401
717 304 1841

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT LEROY WEBSTER, III

CASE NO: 17-3831

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 12/13/2018, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 2nd amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/13/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-03831-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU DEC 13 08-00-14 EST 2018

AMERICAN CREDIT ACCEPT
961 E MAIN ST
SPARTANBURG SC 29302-2185

COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

CHASE MANHATTAN MORTGAGE
ATTN BANKRUPTCY DEPT
3415 VISION DR
COLUMBUS OH 43219-6009

CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH TX 76161-0275

COMENITY BANKNEW YORK   COMPANY
ATTENTION BANKRUPTCY
PO BOX 182686
COLUMBUS OH 43218-2686

COMMERCIAL ACCEPTANCE
2300 GETTYSBURG RD 102
CAMP HILL PA 17011-7303

WILLIAM E CRAIG
MORTON   CRAIG LLC
110 MARTER AVENUE SUITE 301
MOORESTOWN NJ 08057-3125

CREDIT BUREAU OF YORK
33 S DUKE ST
YORK PA 17401-1485

CREDIT COLLECTIONS SVC
PO BOX 773
NEEDHAM MA 02494-0918

DAWN MARIE CUTAIA
PUGH AND CUTAIA PLLC
115 E PHILADELPHIA STREET
YORK PA 17401-2437

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

DEPT OF EDUCATIONNELN
121 S 13TH ST
LINCOLN NE 68508-1904

EQUIDATA
724 THIMBLE SHOALS BLVD
NEWPORT NEWS VA 23606-2574

FIRST NATIONAL COLLECTION BUREAU
50 W LIBERTY ST
STE 250
RENO NV 89501-1973

FRDMCBSD
PO BOX 2017
ELTIN IL 60121-2017

FST PREMIER
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

GH HARRIS
OLD LAKE RD
DALLAS PA 17612

IC SYSTEM
ATTN BANKRUPTCY
444 HIGHWAY 96 EAST  PO BOX 64378
ST PAUL MN 55164-0378

IRS CENTRALIZED INSOLVENCY OPER
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION
CO CHASE RECORDS CENTER
ATTN- CORRESPONDENCE MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE LA 71203-4774

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MEDICAL DATA SYSTEMS I
645 WALNUT ST STE 5
GADSDEN AL 35901-4173

MERCY HEALTH SERVICES
PO BOX 3475
TOLEDO OH 43607-0475

MERCY MEDICAL CENTER
PO BOX 64733
BALTIMORE MD 21264-4733

NEYCSA
PO BOX 516
MOUNT WOLF PA 17347-0516

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NORTHEASTERN YORK COUNTY SEWER AUTH
345 EAST MARKET STREET
YORK PA 17403-5614

PENN WASTE INC
PO BOX 3066
YORK PA 17402-0066

PENN WASTE
85 BRICKYARD RD
MANCHESTER PA 17345-9204

PHOENIX FINANCIAL SERV
8902 OTIS AVE STE 103A
INDIANAPOLIS IN 46216-1009

RECEIVABLE MANAGEMENT
7206 HULL STREET RD STE
NORTH CHESTERFIELD VA 23235-5826

REGIONAL ACCEPTANCE CO
1514 WOODLAWN DR
BALTIMORE MD 21207-4009

REGIONAL ACCEPTANCE CORPORATION
PO BOX 1847
WILSON NC 27894-1847

SANTANDER CONSUMER USA INC DBA
CHRYSLER
PO BOX 961275
FORT WORTH TX 76161-0275

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TRANSWORLD SYS INC09
507 PRUDENTIAL RD
HORSHAM PA 19044-2308

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

DEBTOR
ROBERT LEROY WEBSTER III
125 SPRINGS LANE
MANCHESTER PA 17345-1134

YORK ADAMS TAX BUREAU
1405 N DUKE STREET
PO BOX 15627
YORK PA 17405-0156

YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156