# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Robert Leroy Webster, III                  CHAPTER 13

             Debtor(s)                         CASE NO. 17-3831

## MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW**, the Debtor, Robert Leroy Webster, III, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor, Robert Leroy Webster, III, filed a Chapter 13 Petition on September 16, 2017.
2. The Debtor receives regular income from employment with Department of Transportation Inc, which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.
3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.
4. The Debtor consents to the wage attachment.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Date: July 8, 2019                                                                  Respectfully Submitted,

                                                                                          By:    _/s/ Dawn M. Cutaia_
                                                                                                  Supreme Court ID 77965
                                                                                                       Attorney for Debtor
                                                                     115 East Philadelphia Street
                                                                                        York, PA 17401
                                                                                          717-304-1841
                                                                               dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Robert Leroy Webster, III                          CHAPTER 13

              Debtor(s)                                       CASE NO. 17-3831

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

        **Employer**:  Department of Transportation Inc

        **ATTN**:  Human resources
                  23 Cottonwood Bldg
                  Middletown, PA 17057

**Shall deduct from Robert Leroy Webster, III weekly pay the sum of $102.60,** beginning with the first pay in **August, 2019** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

        Chapter 13 Trustee
        PO Box 7005
        Lancaster PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

                                                                         **By the Court**