United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 17-03831-HWV
Robert Leroy Webster, III                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Jul 09, 2019
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
            +Department of Transportation Inc, Human resources, 23 Cottonwood Bldg,
             Middletown, PA 17057-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            Dawn Marie Cutaia    on behalf of Debtor 1 Robert Leroy Webster, III dmcutaia@gmail.com,
             cutaialawecf@gmail.com;r46159@notify.bestcase.com
            James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
            William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
             ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                            TOTAL: 5

**UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

     Robert Leroy Webster, III                     CHAPTER 13

            Debtor(s)                          CASE NO. 17-3831

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

     **IT IS HEREBY ORDERED** that until further Order of this Court:

          **Employer**:  Department of Transportation Inc

          **ATTN**:  Human resources
                  23 Cottonwood Bldg
                  Middletown, PA 17057

**Shall deduct from Robert Leroy Webster, III weekly pay the sum of $102.60,** beginning with the first pay in **August, 2019** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

               Chapter 13 Trustee
               PO Box 7005
               Lancaster PA 17604

     **IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated:  July 9, 2019              By the Court,

                              _Henry W. Van Eck_

                             Henry W. Van Eck, Bankruptcy Judge [JH]