UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 13
    Robert Leroy Webster, III
    Debtor
    CASE NO. 17-3831

**MOTION TO STOP WAGE ATTACHMENT**

**COME NOW**, the Debtor, Robert Leroy Webster, III, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor filed a Chapter 13 Petition on September 16, 2017.
2. The Debtor Robert Leroy Webster, III agreed to a wage attachment and a wage attachment order was entered on July 9, 2017.
3. Debtor Robert Leroy Webster, III no longer consents to the wage attachment and requests that it be terminated because his income has decreased due to Coronavirus pandemic and he will be filing a motion to suspend his payments.
4. Debtor intends to continue the wage attachment in July 2020.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court terminate the wage attachment.

4/16/2020
    Respectfully Submitted,
    By:  **/s/ Dawn M. Cutaia**
    Dawn M. Cutaia
    Supreme Court ID 77965
    Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  	CHAPTER 13
    Robert Leroy Webster, III
        Debtor
        CASE NO. 17-3831

## ORDER TO STOP WAGE ATTACHMENT

**AND NOW**, upon consideration of Debtor's Motion to Terminate Wage Attachment, said motion is hereby granted.