United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                              Case No. 17-03831-HWV
Robert Leroy Webster, III                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke           Page 1 of 1             Date Rcvd: Apr 20, 2020
                                Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db            #+Robert Leroy Webster, III,    125 Springs Lane,    Manchester, PA 17345-1134
              +Department of Transportation,   Human Resources,   23 Cottonwood Bldg,
               Middletown, PA 17057-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Robert Leroy Webster, III dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
    Robert Leroy Webster, III  
    Debtor

CHAPTER 13

CASE NO. 1:17-bk-3831 HWV

## ORDER TO STOP WAGE ATTACHMENT

**AND NOW**, upon consideration of Debtor's Motion to Terminate Wage Attachment, said motion is hereby granted.

Dated: April 20, 2020

By the Court,

_Henry W. Van Eck_  
Henry W. Van Eck, Chief Bankruptcy Judge (JH)