## UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Robert Leroy Webster, III            CHAPTER 13

           Debtor(s)                CASE NO. 17-3831

## MOTION TO AUTHORIZE WAGE ATTACHMENT

    **COME NOW**, the Debtor, Robert Leroy Webster, III, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor, Robert Leroy Webster, III, filed a Chapter 13 Petition on September 16, 2017.
2. The Debtor receives regular income from employment with Department of Transportation Inc, which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.
3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.
4. The Debtor consents to the wage attachment.

    **WHEREFORE**, the Debtor respectfully requests this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Date: September  8, 2020                  Respectfully Submitted,

                             By:    /s/ Dawn M. Cutaia
                                   Supreme Court ID 77965
                                   Attorney for Debtor
                           115 East Philadelphia Street
                                   York, PA 17401
                                   717-304-1841
                                   dmcutaia@gmail.com

**UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

    Robert Leroy Webster, III                 CHAPTER 13

             Debtor(s)                    CASE NO. 17-3831

## <u>ORDER TO PAY TRUSTEE</u>

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

        **IT IS HEREBY ORDERED** that until further Order of this Court:

                       **Employer**:  Department of  Transportation Inc

                            **ATTN**:  Human resources
                                     23 Cottonwood Bldg
                                     Middletown, PA 17057

**Shall deduct from Robert Leroy Webster, III weekly pay the sum of $95.97,** beginning with the first pay in **October 2020** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                           Chapter 13 Trustee
                           PO Box 7005
                           Lancaster PA 17604

        **IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

                                          **By the Court**