```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                  Case No. 17-03831-HWV
Robert Leroy Webster, III                                               Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1            User: AutoDocke              Page 1 of 2              Date Rcvd: Sep 08, 2020
                                Form ID: ntpasnh             Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
```
db            #+Robert Leroy Webster, III,   125 Springs Lane,   Manchester, PA 17345-1134
4975774       ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,   PO BOX 117,   COLUMBUS OH  43216)
4976863       +Chrysler Capital,   P.O. Box 961275,   Fort Worth, TX 76161-0275
4968807       +Commercial Acceptance,   2300 Gettysburg Rd #102,   Camp Hill, PA 17011-7303
4968808       +Credit Bureau Of York,   33 S Duke St,   York PA 17401-1485
4968803        Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
4968813       +Frdm/cbsd,   Po Box 2017,   Eltin IL 60121-2017
4968814       +Fst Premier,   3820 N Louise Ave,   Sioux Falls SD 57107-0145
5000224        G.H. Harris,   Old Lake Rd.,   Dallas, PA 17612
4968815       +IC System,   Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,   St. Paul MN 55164-0378
4968817       +Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden AL 35901-4173
4968818       +Mercy Health Services,   PO Box 3475,   Toledo OH 43607-0475
4968819        Mercy Medical Center,   PO Box 64733,   Baltimore MD 21264-4733
4968820        NEYCSA,   PO Box 516,   Mount Wolf PA 17347-0516
4968821       +Northeastern York County Sewer Auth,   345 East Market Street,   York PA 17403-5614
5015543       +PENN WASTE INC.,   PO BOX 3066,   YORK PA 17402-0066
5000223       +Penn Waste,   85 Brickyard Rd.,   Manchester, PA 17345-9204
5000492       +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
                Fort Worth, TX 76161-0275
4968825       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
                Cedar Rapids IA 52408)
4968801       +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4968804       +E-mail/Text: bankruptcy@acacceptance.com Sep 08 2020 19:46:40     American Credit Accept,
                961 E Main St,   Spartanburg SC 29302-2185
4968806       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2020 19:46:38
                Comenity Bank/New York & Company,   Attention: Bankruptcy,   P.O. Box 182686,
                Columbus OH 43218-2686
4968809       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 08 2020 19:46:52
                Credit Collections Svc,   Po Box 773,   Needham MA 02494-0918
4968810       +E-mail/Text: electronicbkydocs@nelnet.net Sep 08 2020 19:46:43     Dept Of Education/neln,
                121 S 13th St,   Lincoln NE 68508-1904
4968812       +E-mail/Text: bankruptcy@fncbinc.com Sep 08 2020 19:46:26     First National Collection Bureau,
                610 Waltham Way,   Sparks NV 89437-6695
4968802        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 08 2020 19:46:36
                IRS Centralized Insolvency Oper.,   Post Office Box 7346,   Philadelphia PA 19101-7346
4968816        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 08 2020 19:46:46     Jefferson Capital Systems,
                16 Mcleland Rd,   Saint Cloud MN 56303
5009355        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 08 2020 19:52:38
                JPMorgan Chase Bank, National Association,   c/o Chase Records Center,
                Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203
4968805        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 08 2020 19:53:02
                Chase Manhattan Mortgage,   Attn: Bankruptcy Dept,   3415 Vision Dr,   Columbus OH 43219
4968822        E-mail/Text: info@phoenixfinancialsvcs.com Sep 08 2020 19:46:29     Phoenix Financial Serv,
                8902 Otis Ave Ste 103a,   Indianapolis IN 46216
4968823       +E-mail/Text: colleen.atkinson@rmscollect.com Sep 08 2020 19:46:53     Receivable Management,
                7206 Hull Street Rd Ste,   North Chesterfield VA 23235-5826
4968824        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 08 2020 19:52:39     Regional Acceptance Co,
                1514 Woodlawn Dr,   Baltimore MD 21207-4009
4980175        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 08 2020 19:52:39     Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
4968826       +E-mail/Text: bankruptcydepartment@tsico.com Sep 08 2020 19:46:51     Transworld Sys Inc/09,
                507 Prudential Rd,   Horsham PA 19044-2308
4968827       +E-mail/Text: kcm@yatb.com Sep 08 2020 19:46:34     York Adams Tax Bureau,   1405 N. Duke Street,
                PO Box 15627,   York PA 17405-0156
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
                Fort Worth, TX 76161-0275
4968811       ##+Equidata,   724 Thimble Shoals Blvd,   Newport News VA 23606-2574
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0314-1            User: AutoDocke             Page 2 of 2              Date Rcvd: Sep 08, 2020
                                Form ID: ntpasnh            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Robert Leroy Webster, III dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          James  Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                       TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Leroy Webster III

**Debtor 1**

Chapter: 13

Case number: 1:17–bk–03831–HWV

Document Number: 110

Matter: Motion to Modify Confirmed Plan and LBF 3015–2(b).

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002–1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **September 29, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 8, 2020 |

ntpasnh(05/18)