```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                Case No. 17-03831-HWV
Robert Leroy Webster, III                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Sep 08, 2020
                Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.
        +Department of Transportation Inc,   ATTN : Human resources,   23 Cottonwood Bldg,    Middletown, PA 17057-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
       Dawn Marie Cutaia    on behalf of Debtor 1 Robert Leroy Webster, III dmcutaia@gmail.com, cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
       James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
       William E. Craig    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Robert Leroy Webster, III                      CHAPTER 13

                    Debtor(s)                         CASE NO. 17-3831

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

        **Employer**: Department of Transportation Inc
        **ATTN**: Human resources
                23 Cottonwood Bldg
                Middletown, PA 17057

**Shall deduct from Robert Leroy Webster, III weekly pay the sum of $95.97,** beginning with the first pay in **October 2020** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

        Chapter 13 Trustee
        PO Box 7005
        Lancaster PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: September 8, 2020          By the Court,

                                       /s/ Henry W. Van Eck
                                     Henry W. Van Eck, Chief Bankruptcy Judge (MK)