## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    Robert Leroy Webster | : | |
| | : | CASE NO. 1-bk-17-3831 |
|           Debtor | : | |

### AMENDED MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW** the Debtor, Robert Leroy Webster, by and through counsel, Dawn M. Cutaia, of Pugh & Cutaia, PLLC, and respectfully represents:

1. The Debtor, Robert Leroy Webster, filed a Chapter 13 bankruptcy petition on September 16, 2017.

2. The Debtor receives regular income from employment with the Department of Transportation Inc.

3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

4. The Debtor consents to the wage attachment.

**WHEREFORE**, Debtor respectfully requests this Honorable Court enter an Order directing the above-mentioned employer to pay Trustee in the amount set forth in the attached order.

Date: December 17, 2020

                                                  Respectfully Submitted,
                                                        /s/ Dawn M. Cutaia
                                                           Attorney for Debtor
                                                     Supreme Court ID: 77965
                                                            Pugh & Cutaia, PLLC
                                  115 East Philadelphia Street
                                                               York, PA 17401
                                                      dmcutaia@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   Robert Leroy Webster :
: CASE NO. 1-bk-17-3831
                  Debtor :

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and Having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer**:
Department of Transportation Inc
ATTN: Human Resources
23 Cottonwood Bldg
Middletown, PA 17057

**Shall deduct from** Robert Leroy Webster's **weekly pay the sum of $31.21,** beginning with the first pay in **January 2021**, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Chapter 13 Trustee
PO Box 7005
Lancaster PA, 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above captioned case number on the face of the check.

                                                                       **By the Court**

                                                                       _____
                                                                                  **Judge**