# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**                                    **CASE NO. 1:17-bk-03831-HWV**

**Robert Leroy Webster, III**

   **Debtor (s)**                              **Chapter 13**

### CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Pugh & Cutaia PLLC, hereby certify that on December 18, 2020, a true and correct copy of the foregoing **NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION, MOTION TO MODIFY PLAN POST CONFIRMATION, CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN AND 5TH AMENDED PLAN,** was served by first-class mail, postage prepaid on the following parties:

   **American Credit Acceptance**
   **961 East Main St.**
   **Spartanburg SC 29302-2185**

Respectfully Submitted:

/s/ Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401