United States Bankruptcy Court

Middle District of Pennsylvania

In re:          Case No. 17-03831-HWV

Robert Leroy Webster, III          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 02, 2023      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

**Recip ID    Recipient Name and Address**
    +  Penn Waste, Inc, P.O. Box 3066, York, PA 17402-0066

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Robert Leroy Webster III dmcutaia@gmail.com, cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROBERT LEROY WEBSTER, III | : | CASE NO. 1-17-bk-03831-HWV |
| Debtor | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE | : | |
| Objectant | : | |
| vs. | : | |
| PENN WASTE, INC | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Trustee's Objection to Claim No 7 of Penn Waste, Inc following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 7 of Penn Waste, Inc shall be deemed untimely filed.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 2, 2023