Certificate Number: 17082-PAM-DE-037355142

Bankruptcy Case Number: 17-03831


17082-PAM-DE-037355142

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2023, at 8:23 o'clock PM MST, ROBERT L WEBSTER III completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | | | |
|---|---|---|---|
| Date: | April 17, 2023 | By: | /s/Orsolya K Lazar |
| | | Name: | Orsolya K Lazar |
| | | Title: | Executive Director |