United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert Leroy Webster, III  
    Debtor

Case No. 17-03831-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Apr 18, 2023     Form ID: 3180W     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Leroy Webster, III, 125 Springs Lane, Manchester, PA 17345-1134 |
| 4975774 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS OH 43216 |
| 4968808 | + | Credit Bureau Of York, 33 S Duke St, York PA 17401-1485 |
| 4968803 | | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 4968811 | + | Equidata, 724 Thimble Shoals Blvd, Newport News VA 23606-2574 |
| 4968813 | + | Frdm/cbsd, Po Box 2017, Eltin IL 60121-2017 |
| 5000224 | | G.H. Harris, Old Lake Rd., Dallas, PA 17612 |
| 4968818 | + | Mercy Health Services, PO Box 3475, Toledo OH 43607-0475 |
| 4968819 | | Mercy Medical Center, PO Box 64733, Baltimore MD 21264-4733 |
| 4968820 | | NEYCSA, PO Box 516, Mount Wolf PA 17347-0516 |
| 4968821 | + | Northeastern York County Sewer Auth, 345 East Market Street, York PA 17403-5614 |
| 5015543 | + | PENN WASTE INC., PO BOX 3066, YORK PA 17402-0066 |
| 5000223 | + | Penn Waste, 85 Brickyard Rd., Manchester, PA 17345-9204 |
| 4968801 | + | York Adams Tax Claim Bureau, PO BOX 15627, York PA 17405-0156 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4968804 | + | Email/Text: bankruptcy@acacceptance.com | Apr 18 2023 18:36:00 | American Credit Accept, 961 E Main St, Spartanburg SC 29302-2185 |
| 4976863 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2023 18:36:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 4968806 | + | EDI: WFNNB.COM | Apr 18 2023 22:36:00 | Comenity Bank/New York & Company, Attention: Bankruptcy, P.O. Box 182686, Columbus OH 43218-2686 |
| 4968807 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 18 2023 18:36:00 | Commercial Acceptance, 2300 Gettysburg Rd #102, Camp Hill, PA 17011-7303 |
| 4968809 | + | EDI: CCS.COM | Apr 18 2023 22:36:00 | Credit Collections Svc, Po Box 773, Needham MA 02494-0918 |
| 4968810 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 18 2023 18:36:00 | Dept Of Education/neln, 121 S 13th St, Lincoln NE 68508-1904 |
| 4968812 | + | Email/Text: bankruptcy@fncbinc.com | Apr 18 2023 18:36:00 | First National Collection Bureau, 610 Waltham Way, Sparks NV 89437-6695 |
| 4968814 | + | EDI: AMINFOFP.COM | Apr 18 2023 22:36:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls SD 57107-0145 |
| 4968815 | + | EDI: LCIICSYSTEM | Apr 18 2023 22:36:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East; Po Box 64378, St. Paul MN 55164-0378 |
| 4968802 | | EDI: IRS.COM | Apr 18 2023 22:36:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia PA 19101-7346 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4968816 | | EDI: JEFFERSONCAP.COM | Apr 18 2023 22:36:00 | Jefferson Capital Systems, 16 Mceland Rd, Saint Cloud MN 56303 |
| 5009355 | | EDI: JPMORGANCHASE | Apr 18 2023 22:36:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4968805 | | EDI: JPMORGANCHASE | Apr 18 2023 22:36:00 | Chase Manhattan Mortgage, Attn: Bankruptcy Dept, 3415 Vision Dr, Columbus OH 43219 |
| 4968817 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 18 2023 18:36:00 | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden AL 35901-4173 |
| 4968822 | | Email/Text: info@phoenixfinancialsvcs.com | Apr 18 2023 18:36:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis IN 46216 |
| 4968823 | + | Email/Text: joey@rmscollect.com | Apr 18 2023 18:36:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield VA 23235-5826 |
| 4968824 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 18 2023 18:37:54 | Regional Acceptance Co, 1514 Woodlawn Dr, Baltimore MD 21207-4009 |
| 4980175 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 18 2023 18:37:54 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5000492 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2023 18:36:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 4968825 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 18 2023 18:36:00 | Toyota Motor Credit, Toyota Financial Services, Po Box 8026, Cedar Rapids IA 52408 |
| 4968826 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 18 2023 18:36:00 | Transworld Sys Inc/09, 507 Prudential Rd, Horsham PA 19044-2308 |
| 4968827 | + | Email/Text: kcm@yatb.com | Apr 18 2023 18:36:00 | York Adams Tax Bureau, 1405 N. Duke Street, PO Box 15627, York PA 17405-0156 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Dawn Marie Cutaia | on behalf of Debtor 1 Robert Leroy Webster III dmcutaia@gmail.com, cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Leroy Webster III<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0131<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-03831-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Leroy Webster III

4/18/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2